ACCEPTED
05-15-01377-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/8/2015 4:48:19 PM
LISA MATZ
CLERK

No. 05-15-01377-CV

**In the Court of Appeals for the Fifth Judicial District**
**Dallas, Texas**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/8/2015 4:48:19 PM
LISA MATZ
Clerk

**VRIDE, INC., F/K/A VPSI, INC.,**

**Appellant,**

**v.**

**FORD MOTOR COMPANY,**

**Appellee.**

**On Appeal from the 116th District Court,**
**Dallas County, Texas, Cause No. DC-14-11247,**
**the Hon. Tonya Parker, presiding**

**UNOPPOSED MOTION TO EXTEND TIME**
**TO FILE BRIEF OF APPELLANT**

TO THE HONORABLE JUSTICES OF THE FIFTH COURT OF APPEALS:

Comes now, Appellant vRide, Inc., f/k/a VPSI, Inc. ("Appellant") and files this *Unopposed Motion to Extend Time to File Brief of Appellant*. In support of this Motion, Appellant shows the Court the following:

**I.**
**DUE DATE**

Appellant's Brief is currently due January 4, 2016. No previous extension has been sought by Appellant regarding its Brief. Appellant seeks an additional thirty (30) days until February 3, 2016 to file its Appellant's Brief.

---

## II.
## REASONS FOR EXTENSION OF TIME

Appellant's counsel has been involved in other matters and matters with deadlines that are quickly approaching. In particular:

1. David Keltner assisted in the preparation and filing of a petition for permission to appeal in the Second Court of Appeals; *The Carmichael Family Trust v. Krone Medical Properties, LP, et al.*, filed on December 8, 2015;

2. Mr. Keltner is preparing for and attending a hearing in Cause No. 2060; *Mayo Foundation for Medical Education and Research, et al. v. Courson Oil & Gas, Inc., et al.*, in the 31st District Court, Roberts County, Texas on December 9, 2015;

3. Mr. Keltner is also preparing for and attending a hearing in Cause No. 153-272310-14; *Jennifer Pedroza v. Amanda Hayward, et al.*, in the 153rd District Court, Tarrant County, Texas on December 10, 2015;

4. Mr. Keltner is attending a mediation in Cause No. 348-259418-12; *Pamela Hicks, et al. v. Gary Salinski, et al.*, in the 348th District Court, Tarrant County, Texas on December 11, 2015;

5. Mr. Keltner is preparing for and attending an oral argument in No. 14-10-00708-CV; *Port of Houston Authority of Harris County v. Zachry Construction Corp.*, in the Fourteenth Court of Appeals, Houston, Texas on December 14, 2015;

6. Mr. Keltner is preparing for and attending a hearing in Cause No. 048-276595-15; *BNSF Railway Company v. Standard Steel, LLC*, in the 48th District Court, Tarrant County, Texas on December 16, 2015; and

7. Mr. Keltner will be out of the office during the holidays beginning December 21, 2015 and returning on January 4, 2016.

### III.
### EXTENSION SOUGHT IN THE INTEREST OF JUSTICE

The extension sought is not for the purpose of delay, but rather, is sought in the interest of justice and to allow Appellant to fully brief issues to the Court.

### IV.
### APPELLEE AGREES TO THIS REQUEST

Counsel for Appellee Ford Motor Company, Mike Eady, does not oppose this motion for extension of time.

### V.
### PRAYER FOR EXTENSION

Therefore, Appellant requests an extension of time of thirty (30) days, until February 3, 2016, to file its Brief of Appellant. Appellant does not seek this extension for the purposes of delay. Instead, Appellant seeks this relief to be able to fully brief the issues.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant an extension of time to file its Brief of Appellant until February 3, 2016.

Respectfully submitted,


*/s/ David Keltner*

David E. Keltner
State Bar No. 11249500
david.keltner@kellyhart.com
April Farris
State Bar No. 24069702
april.farris@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas  76102
817.332.2500—Telephone
817.878.9280—Telecopier

Chris C. Pappas
State Bar No. 15454300
cpappas@krcl.com
Andrew J. Sarne
State Bar No. 00797380
asarne@krcl.com
Logan R. Burke
State Bar No. 24073978
lburke@krcl.com
**KANE RUSSELL COLEMAN & LOGAN, PC**
5051 Westheimer, 10th Floor
Houston, Texas  77056
713.425.7400—Telephone
713.425.7700—Telecopier

*Counsel for vRide Inc., f/k/a VPSI, Inc.*

## CERTIFICATE OF CONFERENCE

On December 7, 2015, I contacted counsel for Appellee Ford Motor Company, Mike Eady, and Appellee is not opposed to this Motion.

*/s/ David Keltner*
David E. Keltner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon counsel via electronic filing on December 8, 2015:

Michael W. Eady
meady@thompsoncoe.com
Ronald D. Wamsted
rwamsted@thompsoncoe.com
THOMPSON, COE, COUSINS
& IRONS LLP
701 Brazos, Suite 1500
Austin, Texas 78701
*Counsel for Appellee*

E. Todd Tracy
ttracy@vehiclesafetyfirm.com
Stewart D. Matthews
smatthews@vehiclesafetyfirm.com
Andrew G. Counts
acounts@vehiclesafetyfirm.com
THE TRACY FIRM
5473 Blair Road, Suite 200
Dallas, Texas 75231
*Counsel for Appellee*

*/s/ David Keltner*
David E. Keltner